**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6568**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

    versus

DANAH D. DIGGS,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (CR-01-02)

———————

Submitted:  July 28, 2004          Decided:  August 17, 2004

———————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Danah D. Diggs, Appellant Pro Se. Robert Lucas Hobbs, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danah D. Diggs appeals the district court's orders denying her motion for downward departure and motion to correct sentence. We dismiss the appeal as duplicative because this court disposed of prior appeals from these same orders. See United States v. Diggs, No. 04-6193(L), 2004 WL 542478 (4th Cir. Mar. 19, 2004) (unpublished). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED